[No. 2419–2.   Division Two.   March 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD T. SWEENEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2398, Terence Hanley, J., entered May 14, 1976. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2801–2.   Division Two.   March 15, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH B. TARABOCHIA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–1876, Herbert E. Wieland, J., entered March 2, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2718–2.   Division Two.   March 15, 1978.]

THE CITY OF BREMERTON, *Respondent,* v. ROBERT E. WETHERELL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2800, Gerald B. Chamberlin, J., entered December 13, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.